# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00621-CR

**The State of Texas, Appellant**

**v.**

**Steven Bradley Whitfield, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
### NO. 589,979, HONORABLE DAVID CRAIN, JUDGE PRESIDING

The State's motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed on State's Motion

Filed: December 20, 2001

Do Not Publish